█ Affinity Elmwood Gateway Properties LLC, Respondent, v AJC Properties LLC et al., Defendants, and Evelyn Bencinich et al., Appellants. (Appeal No. 2.) [977 NYS2d 924]—

Same memorandum as in *Affinity Elmwood Gateway Props. LLC v AJC Props.* (113 AD3d 1094 [2014]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.